

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2021

No. 04-20-00347-CV

**IN THE INTEREST OF E.A.C., A CHILD**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-06011
Honorable Aaron Haas, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file her brief is GRANTED. Appellant's brief is due on or before **March 31, 2021**. **No further extensions will be granted absent extenuating circumstances.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2021.



_____
Michael A. Cruz,
Clerk of Court